

April 23, 2019

**VIA ECF AND EMAIL**
Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
judge_drain@nysb.uscourts.gov

Re:   *Anderson v. Capital One Bank (USA), N.A.* Adv. Proc. No. 15-08342 (RDD)

Dear Judge Drain:

Enclosed please find revised settlement documents reflecting changes that the Court requested at the hearing held today. The documents are submitted in clean and blackline, and the changes appear on page 62 of 101, 68 and 69 of 101, and 84 of 101 (referring to the pagination contained at the top of docket number 93-3 filed on 4/08/19. All the changes are to the "Long Form Notice for Website" and the "Proposed Order".

Thank you for your consideration.

Respectfully submitted,

George F. Carpinello

GFC/sas

cc:   All parties of record (via ECF)