UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

ORRIN S. ANDERSON,

                Debtor.

---

ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON, A/K/A ORRIN SCOTT ANDERSON,

                Plaintiffs,

-against-

CAPITAL ONE BANK (USA), N.A.,

                Defendant.

19-cv-3981 (NSR)

ORDER

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/29/2019

NELSON S. ROMÁN, United States District Judge:

The Parties' joint motion to withdraw to this Court the reference of the class action adversary proceeding, Adv. Proc. No. 15-08342 (RDD), to the Bankruptcy Court is GRANTED for the reasons set forth in the joint motion. 28 U.S.C. § 157(d).

The Parties shall appear before this Court on September 11, 2019 at 11:00 AM for a hearing on a motion for final approval of the class action settlement. If the Parties have any conflicts with this date, or would like to submit motion papers related to the hearing, they are directed to fax a letter to this Court with at least three mutually agreed upon alternate dates or with a description of the proposed motion, as appropriate.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 1 and 6.

SO ORDERED.

Dated:   May 29, 2019
           White Plains, New York

                                              NELSON S. ROMÁN
                                             United States District Judge